**PRICE LAW GROUP, APC**
420 S. Jones Blvd.
Las Vegas Nevada, 89107
Phone: 866-881-2133
Fax: 866-401-1457
Steven A. Alpert, NV Bar # 8353
Attorneys for Plaintiff Courtney Manzini

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA-RENO

COURTNEY MANZINI,

          Plaintiff,

vs.

MACY'S, INC., and DEPARTMENT

STORES NATIONAL BANK, a

corporation

          Defendants.

Case No.: **3:16-cv-00265-MMD-VPC**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Courtney Manzini, and Defendants, Macy's Inc., and Department Stores National Bank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing their own attorneys' fees, costs and expenses.

//

//

//

RESPECTFULLY SUBMITTED,

Dated: October 18, 2016

**PRICE LAW GROUP, APC**

By:/s/ Steven A. Alpert
Steven A. Alpert, NV Bar # 8353
Attorneys for Plaintiff

**MACY'S LAW DEPARTMENT**

By: Chad D. Silker
Chad D. Silker (MO Bar# 57522)
111 Boulder Industrial Dr., 2nd Floor
Bridgeton, MO 63044
E: chad.silker@macys.com
Attorneys for Defendant,
FDS Bank (Macy's Inc.)

**BALLARD SPAHR LLP**

By: Holly A. Priest
Holly A. Priest, Esq. (NV Bar# 13226)
N. City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E: priesth@ballardspahr.com
Attorneys for Defendant,
Department Stores National Bank

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato

STIPULATION OF DISMISSAL
3:16-CV-00265-MMD-VPC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA-RENO**

COURTNEY MANZINI,

        Plaintiff,

    vs.

MACY'S, INC., and DEPARTMENT

STORES NATIONAL BANK, a

corporation

        Defendants.

**Case No.: 3:16-cv-00265-MMD-VPC**

**ORDER**

    PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, Courtney Manzini, against Defendants, Macy's Inc., and Department Stores National Bank, are dismissed, with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

Date: October 18, 2016
    _____

_____
Miranda M. Du
United States District Judge

[PROPOSED] ORDER
3:16-CV-00265-MMD-VPC